[No. 71441-4-I.  Division One.  February 23, 2015.]

NEIL DONNER ET AL., *Appellants*, v. JAMES M. BLUE, *as Trustee*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-20739-7, William L. Downing, J., entered December 18, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Spearman, C.J., and Becker, J. Now published at 187 Wn. App. 51.

[No. 71536-4-I.  Division One.  February 23, 2015.]

NICHOLAS XAVIER ET AL., *Respondents*, v. ALLSTATE INSURANCE COMPANY, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 12-2-15758-8, Roger Rogoff, J., entered January 23, February 7, and March 24, 2014. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler and Trickey, JJ.

[No. 43934-4-II.  Division Two.  February 24, 2015.]

CHUCK BABB, *Appellant*, v. REGAL MARINE INDUSTRIES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-11385-7, Stephanie A. Arend, J., entered July 18, 2012. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Bjorgen, JJ.

[No. 44337-6-II.  Division Two.  February 24, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. LEANNE MICHELLE BECHTEL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-01077-7, John A. McCarthy, J., entered November 16, 2012. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Lee, J.